

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2023

No. 04-23-00080-CR

Steven **ROBLES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302
Honorable Mary D. Roman, Judge Presiding[1]

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on March 15, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] Catherine Torres-Stahl is the current presiding judge of the 175th District Court in Bexar County.